Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 18-15644-AMC**

KIA  JOHNSON-THOMAS  
8610 PATTON ROAD  
GLENSIDE  PA   19038

Petition Filed Date: 08/27/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $989.00 | | 08/16/2022 | $989.00 | | 09/13/2022 | $1,500.00 | |
| 10/26/2022 | $2,443.00 | | 11/21/2022 | $968.00 | | 01/23/2023 | $700.00 | |
| 01/30/2023 | $500.00 | | 03/16/2023 | $989.00 | | 04/28/2023 | $1,010.00 | |
| 06/09/2023 | $989.00 | | 07/11/2023 | $989.00 | | | | |

**Total Receipts for the Period:  $12,066.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $55,476.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | FAY SERVICING LLC  »» 003 | Mortgage Arrears | $50,255.14 | $46,776.97 | $3,478.17 |
| 1 | MOHELA ON BEHALF OF  »» 001 | Unsecured Creditors | $18,001.92 | $0.00 | $18,001.92 |
| 4 | PECO ENERGY COMPANY  »» 004 | Unsecured Creditors | $644.31 | $0.00 | $644.31 |
| 5 | US DEPARTMENT OF EDUCATION  »» 005 | Unsecured Creditors | $46,754.35 | $0.00 | $46,754.35 |
| 2 | DAVID B SPITOFSKY ESQ  »» 002 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 18-15644-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,476.00 | Current Monthly Payment: | $989.00 |
| Paid to Claims: | $49,776.97 | Arrearages: | $2,735.00 |
| Paid to Trustee: | $4,799.04 | Total Plan Base: | $59,200.00 |
| Funds on Hand: | $899.99 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.