United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kia Johnson-Thomas  
    Debtor

Case No. 18-15644-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 02, 2023      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Johnson-Thomas, 8610 Patton Road, Glenside, PA 19038-7544 |
| 14187281 | | Abington Memorial Hospital, P.O. Box 7417, Philadelphia, PA 19101-7417 |
| 14187282 | + | Arcadia University, P.O. Box 902, Glenside, PA 19038-0902 |
| 14187283 | + | Chestnut Hill Hospital, 8835 Germantown Avenue, Philadelphia, PA 19118-2765 |
| 14187278 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14187288 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14198934 | + | SPECIALIZED LOAN SERVICING, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14788534 | + | U.S. Bank Trust National Association, not in its i, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14187291 | + | U.S. Department of Education, 3130 Fairview Park Drive, Suite 800, Falls Church, VA 22042-4529 |
| 14187292 | ++ | WINDHAM PROFESSIONALS INC, 382 MAIN STREET, SALEM NH 03079-2412 address filed with court:, Windham Professionals, Inc., P.O. Box 1048, Salem, NH 03079-1048 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 03 2023 01:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2023 01:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14187280 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 03 2023 01:12:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14187284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 03 2023 01:12:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14268785 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 03 2023 01:12:00 | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14187286 | | Email/Text: EBN@Mohela.com | Oct 03 2023 01:12:00 | Mohela/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14189593 | | Email/Text: EBN@Mohela.com | Oct 03 2023 01:12:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14187285 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 03 2023 01:12:00 | Medical Data Systems, 2001 9th Avenue, Ste. 3, Vero Beach, FL 32960-6413 |
| 14202982 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 03 2023 01:12:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |

Case 18-15644-amc   Doc 71   Filed 10/04/23   Entered 10/05/23 00:38:00   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| 14187287 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| --- | --- | --- | --- | --- |
| | | | Oct 03 2023 01:12:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 14187289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 03 2023 01:23:29 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14196429 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Oct 03 2023 01:12:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14187290 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Oct 03 2023 01:12:00 | Specialized Loan Servicing LLC, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14788467 | ^ | MEBN | | |
| | | | Oct 03 2023 00:46:59 | U.S. Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14270167 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Oct 03 2023 01:12:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14601422 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF10 Master Participation Tr |
| 14187279 | *+ | Kia Johnson-Thomas, 8610 Patton Road, Glenside, PA 19038-7544 |
| 14198935 | *+ | SPECIALIZED LOAN SERVICING, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14252276 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Kia Johnson-Thomas spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 02, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kia Johnson−Thomas
        Debtor(s)                                  Case No: 18−15644−amc
                                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/2/23